IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN BROADUS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 05-4591 |
| GARY BARBERA ENTERPRISES, INC. | : | |

**O R D E R**

**AND NOW, TO WIT:** This      4th      day of May, 2006, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court


**BY:**   s/Lynn Meyer
              Lynn Meyer
              Deputy Clerk


cc:        Lane Fisher, Esquire (fax & e-mail)
           Ellen Rogoff, Esquire (fax)
           Hayes Michel, Esquire (mail)

O:\41(b) Orders to Dismiss\Broadus v. Barbera 05-4591 41 b order.wpd